UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIFFANY SMITH,

    Plaintiff.

Case No. 14-cv-02032 VC (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On May 2, 2014, Tiffany Smith, a state prisoner, filed a personnel complaint against employees of California Medical Facility in Vacaville, California. On the same day, the Clerk of the Court sent Smith a notice that she had not filed a complaint to state a civil rights claim under 42 U.S.C. § 1983 and that she had not submitted an application to proceed In Forma Pauperis ("IFP"). Doc. Nos. 2, 3. Smith was informed that she must submit a complaint on the correct form within twenty-eight days or her case would be dismissed and the file closed. Doc. No. 2. Smith was also provided with a copy of the Court's current IFP application and a return envelope, and directed to either pay the filing fee or file the correct IFP within twenty-eight days of the notice to avoid dismissal of the action. Doc. No. 3.

More than twenty-eight days have passed and Smith has not submitted the correct IFP application, a civil rights complaint or otherwise communicated with the Court.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: June 16, 2014

_____
VINCE CHHABRIA
United States District Judge